# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **HOLLIS LOCKETT,** | : | |
| **Petitioner** | : | |
| v. | : | 5:92-CR-48 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Petitioner's motion to amend his sentence, and the Petitioner's objections thereto, the Recommendation is ADOPTED and made the order of the Court. Petitioner's motion to amend and the recently filed amended motion are DENIED for the reasons set forth in the Recommendation.

SO ORDERED this 13th day of March, 2007.

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**